**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: LENOVO ADWARE LITIGATION    /    MDL DOCKET NO._____

**MOTION FOR TRANSFER OF ACTIONS TO THE EASTERN DISTRICT OF NORTH
CAROLINA PURSUANT TO 28 U.S.C. SECTION 1407 FOR CONSOLIDATED OR
COORDINATED PRETRIAL PROCEEDINGS**

Plaintiff Lukas Pick ("Plaintiff" or "Movant") respectfully moves this Panel for an Order

pursuant to 28 U.S.C. §1407 and Rule 7.2 of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation consolidating or coordinating for pretrial proceedings the putative class

actions set forth in the accompanying Schedule of Actions (hereinafter the "Actions") to the

Eastern District of North Carolina, as well as any other related actions that are subsequently-

filed.  Plaintiff's case was filed and is currently pending in the Eastern District of North Carolina

before the Honorable James C. Dever III.  Plaintiff seeks transfer of this multi-district litigation

("MDL") to the Eastern District of North Carolina and assignment to the Honorable Judge

Dever.  The grounds for this motion are fully articulated in the accompanying Memorandum of

Law, which are summarized as follows:

1.      All of the Actions concern the inclusion of "adware" software, known as

Superfish Visual Discovery ("Superfish Adware"), on Lenovo computers, thereby intercepting

electronic communications sent or received by the computers, from January 1, 2014 through the

present, in violation of the Federal Wiretap Act, 18 U.S.C. §2511, *et seq.*, and other related statutes.  Lenovo secretly loaded their computers with Superfish Adware, without the consent of purchasing consumers (the "Class"), and subsequently hijacked web sessions, invaded the privacy of the Class, and exposed them to security risks.

2.      Each of the Actions were filed in various federal jurisdictions:

(a)      *Bennett v. Lenovo (United States), Inc., et al.*, No. 3:15-CV-00368-CAB-RBB (S.D. Cal. filed Feb. 19, 2015);

(b)      *Hunter v. Lenovo (United States), Inc., et al.*, No. 5:15-cv-00819 (N.D. Cal. filed Feb. 23, 2015);

(c)      *Sterling International Consulting Group v. Lenovo (United States) Inc. et al.*, No. 5:15-cv-00807-RMW (N.D. Cal. filed Feb. 23, 2015); and

(d)      *Pick v. Lenovo (United States), Inc., et al.*, No. 5:15-cv-00068-D (E.D.N.C. filed Feb. 24, 2015).

3.      Because the claims filed in all of the Actions involve common issues of fact and common claims, overlapping putative classes, and the same defendants, the Actions should be transferred to a single district for coordination and consolidation of pretrial proceedings.

4.      Transfer of the Actions to the Eastern District of North Carolina would best serve the convenience of the parties and witnesses and promote the just and efficient conduct of all the actions.  The Eastern District of North Carolina is particularly appropriate because:

(a)      Lenovo's corporate headquarters is located in the District;

(b)      Lenovo has a laptop manufacturing facility located in North Carolina,

(c)      the decisions concerning the installation of the adware were made in this District;

- 2 -

(d)     witnesses who designed the affected computers and made software decisions on the computers at issue are located in North Carolina;

(e)     the Eastern District of North Carolina is under-utilized and has not one pending MDL case, whereas the Northern District of California, where two of the other Actions currently sit, is burdened with seventeen MDL cases and the Southern District of California, where one of the other Actions is currently pending, has seven pending MDL cases. *See* http://www.jpml.uscourts.gov/sites/jpml/files/Pending_MDL_Dockets_By_District-February-17-.pdf at p. 1 (last visited Feb. 24, 2015) a copy of which is attached hereto as Exhibit 1;

(f)     the Eastern District of North Carolina has the resources and requisite experience to handle MDL and is a highly efficient jurisdiction; and

(g)     the Eastern District of North Carolina is convenient to all parties and witnesses for travel purposes.

5.     If the Actions are not transferred and consolidated, the parties and courts will face the burden and expense of litigating claims involving overlapping putative classes and the same defendants in multiple judicial districts.

WHEREFORE, Plaintiff respectfully requests that the Panel enter an Order pursuant to 28 U.S.C. §1407 consolidating or coordinating for pretrial proceedings the putative class actions set forth in the accompanying Schedule of Actions to the Eastern District of North Carolina, as well as any other related actions that are subsequently-filed.

DATED:  February 25, 2015

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
MARK DEARMAN
HOLLY W. KIMMEL
ALEX D. KRUZYK


*s/ Mark Dearman*
MARK DEARMAN

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
hkimmel@rgrdlaw.com
akruzyk@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

BLUE STEPHENS & FELLERS LLP
DHAMIAN A. BLUE
DANIEL T. BLUE, JR.
DANIEL T. BLUE, III
205 Fayetteville Street, Suite 300
Raleigh, NC  27601
Telephone:  919/833-1931
919/833-8009 (fax)
dab@bluestephens.com

Attorneys for Plaintiff

# EXHIBIT 1

| United States Judicial Panel on Multidistrict Litigation | | | | Report Date: 2/17/2015 |
|---|---|---|---|---|
| **MDL Statistics Report - Distribution of Pending MDL Dockets by District** | | | | |
| **MDL Filters:** | | | | |
| Status: Transferred | | | | |
| Limited to **Active Litigations** | | | | |

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| ALN | Karon O. Bowdre (Chief Judge, USDC) | MDL -2595 | IN RE: Community Health Systems, Inc., Customer Data Security Breach Litigation | 5 | 5 |
| | R. David Proctor (U.S. District Judge) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 28 | 51 |
| ARE | Billy Roy Wilson (Sr. District Judge) | MDL -1507 | IN RE: Prempro Products Liability Litigation | 50 | 9,761 |
| AZ | James A Teilborg (Sr. District Judge) | MDL -2119 | IN RE: Mortgage Electronic Registration Systems (MERS) Litigation | 5 | 94 |
| CAC | David O Carter (U.S. District Judge) | MDL -2145 | IN RE: Medical Capital Securities Litigation | 1 | 18 |
| | Dale S Fischer (U.S. District Judge) | MDL -2274 | IN RE: CitiMortgage, Inc., Home Affordable Modification Program (HAMP) Contract Litigation | 12 | 13 |
| | Dale S Fischer (U.S. District Judge) | MDL -2404 | IN RE: Nexium (Esomeprazole) Products Liability Litigation | 22 | 55 |
| | Andrew J. Guilford (U.S. District Judge) | MDL -2461 | IN RE: MyKey Technology Inc. Patent Litigation | 6 | 6 |
| | Philip S Gutierrez (U.S. District Judge) | MDL -2074 | IN RE: WellPoint, Inc., Out-of-Network "UCR" Rates Litigation | 1 | 13 |
| | Philip S Gutierrez (U.S. District Judge) | MDL -2438 | IN RE: 5-Hour Energy Marketing and Sales Practices Litigation | 0 | 16 |
| | Margaret M Morrow (U.S. District Judge) | MDL -2291 | IN RE: Wesson Oil Marketing and Sales Practices Litigation | 7 | 7 |
| | Mariana R Pfaelzer (Sr. District Judge) | MDL -2265 | IN RE: Countrywide Financial Corp. Mortgage-Backed Securities Litigation | 13 | 47 |
| | Dean D Pregerson (U.S. District Judge) | MDL -2199 | IN RE: POM Wonderful LLC Marketing and Sales Practices Litigation | 16 | 23 |
| | James V Selna (U.S. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 90 | 436 |
| | Christina A Snyder (U.S. District Judge) | MDL -2317 | IN RE: Oreck Corporation Halo Vacuum and Air Purifiers Marketing and Sales Practices Litigation | 6 | 6 |
| | George H Wu (U.S. District Judge) | MDL -2153 | IN RE: United Parcel Service "Air-in-Ground" Marketing and Sales Practices Litigation | 0 | 5 |
| | George H Wu (U.S. District Judge) | MDL -2424 | IN RE: Hyundai and Kia Fuel Economy Litigation | 55 | 56 |
| | George H Wu (U.S. District Judge) | MDL -2531 | IN RE: Michaels Stores, Inc., Wage and Hour Employment Practices Litigation | 6 | 7 |
| CAN | Charles R Breyer (Sr. District Judge) | MDL -1913 | IN RE: Transpacific Passenger Air Transportation Antitrust Litigation | 26 | 26 |
| | Charles R Breyer (Sr. District Judge) | MDL -2159 | IN RE: AutoZone, Inc., Wage and Hour Employment Practices Litigation | 5 | 7 |
| | Charles R Breyer (Sr. District Judge) | MDL -2184 | IN RE: Google Inc. Street View Electronic Communications Litigation | 21 | 21 |
| | Edward M. Chen (U.S. District Judge) | MDL -2330 | IN RE: Carrier IQ, Inc., Consumer Privacy Litigation | 68 | 70 |
| | Maxine M Chesney (Sr. District Judge) | MDL -2532 | IN RE: Yosemite National Park Hantavirus Litigation | 10 | 10 |
| | Samuel Conti (Sr. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 69 | 73 |
| | Edward J. Davila (U.S. District Judge) | MDL -2314 | IN RE: Facebook Internet Tracking Litigation | 22 | 30 |
| | James Donato (U.S. District Judge) | MDL -2600 | IN RE: Protegrity Corporation and Protegrity USA, Inc., Patent Litigation | 17 | 17 |
| | Susan Yvonne Illston (Sr. District Judge) | MDL -1827 | IN RE: TFT-LCD (Flat Panel) Antitrust Litigation | 12 | 177 |
| | Susan Yvonne Illston (Sr. District Judge) | MDL -2124 | IN RE: Conseco Life Insurance Co. Lifetrend Insurance Marketing and Sales Practices Litigation | 3 | 6 |
| | William H Orrick, III (U.S. District Judge) | MDL -2521 | IN RE: Lidoderm Antitrust Litigation | 23 | 24 |
| | Yvonne Gonzalez Rogers (U.S. District Judge) | MDL -2420 | IN RE: Lithium Ion Batteries Antitrust Litigation | 9 | 79 |
| | Yvonne Gonzalez Rogers (U.S. District Judge) | MDL -2497 | IN RE: Air Crash at San Francisco, California, on July 6, 2013 | 20 | 35 |
| | Richard Seeborg (U.S. District Judge) | MDL -2015 | IN RE: Wachovia Corp. "Pick-A-Payment" Mortgage Marketing and Sales Practices Litigation | 0 | 13 |
| | Richard Seeborg (U.S. District Judge) | MDL -2143 | IN RE: Optical Disk Drive Products Antitrust Litigation | 45 | 45 |
| | Jeffrey S White (U.S. District Judge) | MDL -2555 | IN RE: Coca-Cola Products Marketing and Sales Practices Litigation (No. II) | 8 | 8 |
| | Claudia Wilken (Chief Judge, USDC) | MDL -2541 | IN RE: National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation | 7 | 8 |
| CAS | Michael M. Anello (U.S. District Judge) | MDL -2286 | IN RE: Midland Credit Management, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 129 | 134 |
| | Anthony J. Battaglia (U.S. District Judge) | MDL -2258 | IN RE: Sony Gaming Networks and Customer Data Security Breach Litigation | 65 | 65 |
| | Anthony J. Battaglia (U.S. District Judge) | MDL -2452 | IN RE: Incretin-Based Therapies Products Liability Litigation | 607 | 614 |
| | Roger T Benitez (U.S. District Judge) | MDL -1889 | IN RE: Peregrine Systems, Inc., Securities Litigation | 0 | 35 |
| | Larry Alan Burns (U.S. District Judge) | MDL -2121 | IN RE: Musical Instruments and Equipment Antitrust Litigation | 34 | 38 |
| | John A Houston (U.S. District Judge) | MDL -2295 | IN RE: Portfolio Recovery Associates, LLC, Telephone Consumer Protection Act (TCPA) Litigation | 61 | 65 |
| | Barry Ted Moskowitz (Chief Judge, USDC) | MDL -2087 | IN RE: Hydroxycut Marketing and Sales Practices Litigation | 120 | 129 |
| CO | John L Kane, Jr (Sr. District Judge) | MDL -2063 | IN RE: Oppenheimer Rochester Funds Group Securities Litigation | 4 | 30 |
| CT | Vanessa Lynee Bryant (U.S. District Judge) | MDL -2407 | IN RE: Higher One OneAccount Marketing and Sales Practices Litigation | 6 | 6 |
| | Alvin W Thompson (U.S. District Judge) | MDL -2478 | IN RE: Convergent Telephone Consumer Protection Act (TCPA) Litigation | 20 | 22 |
| | Stefan R Underhill (U.S. District Judge) | MDL -2516 | IN RE: Aggrenox Antitrust Litigation | 23 | 25 |
| DC | Rosemary M Collyer (U.S. District Judge) | MDL -1880 | IN RE: Papst Licensing Digital Camera Patent Litigation | 0 | 15 |
| | Paul L Friedman (Sr. District Judge) | MDL -1869 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 7 | 18 |
| | Richard J Leon (U.S. District Judge) | MDL -1668 | IN RE: Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | 1 | 18 |
| | Emmet G Sullivan (U.S. District Judge) | MDL -2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 4 | 24 |

| | Judge | MDL | Case Title | | |
|---|---|---|---|---|---|
| | Reggie B Walton (U.S. District Judge) | MDL -2251 | IN RE: Health Management Associates, Inc. Qui Tam Litigation (No. II) | 9 | 9 |
| DE | Sue L Robinson (U.S. District Judge) | MDL -2429 | IN RE: Automated Transactions LLC Patent Litigation | 17 | 28 |
| | Gregory M Sleet (U.S. District Judge) | MDL -2344 | IN RE: Bear Creek Technologies, Inc., ('722) Patent Litigation | 15 | 15 |
| | Leonard P. Stark (Chief Judge, USDC) | MDL -1717 | IN RE: Intel Corp. Microprocessor Antitrust Litigation | 56 | 82 |
| FLM | James S Moody, Jr (Sr. District Judge) | MDL -1626 | IN RE: Accutane (Isotretinoin) Products Liability Litigation | 2 | 123 |
| | Gregory A Presnell (U.S. District Judge) | MDL -2557 | IN RE: Auto Body Shop Antitrust Litigation | 23 | 23 |
| FLS | Cecilia M Altonaga (U.S. District Judge) | MDL -2051 | IN RE: Denture Cream Products Liability Litigation | 75 | 223 |
| | James Lawrence King (Sr. District Judge) | MDL -2036 | IN RE: Checking Account Overdraft Litigation | 11 | 100 |
| | Joan A Lenard (U.S. District Judge) | MDL -2324 | IN RE: Horizon Organic Milk Plus DHA Omega-3 Marketing and Sales Practices Litigation | 7 | 7 |
| | Kenneth A Marra (U.S. District Judge) | MDL -1916 | IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 13 | 18 |
| | Kenneth A Marra (U.S. District Judge) | MDL -2246 | IN RE: Air Crash Near Rio Grande, Puerto Rico, on December 3, 2008 | 5 | 7 |
| | Donald M Middlebrooks (U.S. District Judge) | MDL -1928 | IN RE: Trasylol Products Liability Litigation | 3 | 1,834 |
| | Federico A Moreno (U.S. District Judge) | MDL -2599 | IN RE: Takata Airbag Products Liability Litigation | 21 | 21 |
| | Patricia A Seitz (U.S. District Judge) | MDL -2183 | IN RE: Brican America LLC Equipment Lease Litigation | 2 | 6 |
| GAM | Clay D Land (Chief Judge, USDC) | MDL -2004 | IN RE: Mentor Corp. ObTape Transobturator Sling Products Liability Litigation | 454 | 758 |
| GAN | Timothy C Batten (U.S. District Judge) | MDL -2089 | IN RE: Delta/Air Tran Baggage Fee Antitrust Litigation | 1 | 14 |
| | William S Duffey, Jr (U.S. District Judge) | MDL -2329 | IN RE: Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation | 396 | 404 |
| | Thomas W Thrash, Jr (Chief Judge, USDC) | MDL -1845 | IN RE: ConAgra Peanut Butter Products Liability Litigation | 1 | 388 |
| | Thomas W Thrash, Jr (Chief Judge, USDC) | MDL -2084 | IN RE: AndroGel Antitrust Litigation (No. II) | 10 | 14 |
| | Thomas W Thrash, Jr (Chief Judge, USDC) | MDL -2218 | IN RE: Camp Lejeune, North Carolina, Water Contamination Litigation | 13 | 14 |
| | Thomas W Thrash, Jr (Chief Judge, USDC) | MDL -2495 | IN RE: Atlas Roofing Corporation Chalet Shingle Products Liability Litigation | 10 | 12 |
| | Thomas W Thrash, Jr (Chief Judge, USDC) | MDL -2583 | IN RE: The Home Depot, Inc., Customer Data Security Breach Litigation | 36 | 36 |
| ID | B. Lynn Winmill (Chief Judge, USDC) | MDL -2186 | IN RE: Fresh and Process Potatoes Antitrust Litigation | 2 | 7 |
| ILC | Harold A Baker (Sr. District Judge) | MDL -2104 | IN RE: IKO Roofing Shingle Products Liability Litigation | 12 | 16 |
| ILN | Marvin E Aspen (Sr. District Judge) | MDL -1715 | IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | 19 | 523 |
| | Robert M Dow, Jr (U.S. District Judge) | MDL -2031 | IN RE: Dairy Farmers of America, Inc., Cheese Antitrust Litigation | 10 | 10 |
| | Robert M Dow, Jr (U.S. District Judge) | MDL -2575 | IN RE: Fluidmaster, Inc., Water Connector Components Products Liability Litigation | 7 | 7 |
| | Robert W Gettleman (U.S. District Judge) | MDL -2519 | IN RE: AIG Workers Compensation Insurance Policyholder Litigation | 7 | 7 |
| | Joan B Gottschall (Sr. District Judge) | MDL -2334 | IN RE: Liberty Refund Anticipation Loan Litigation | 10 | 10 |
| | Joan B Gottschall (Sr. District Judge) | MDL -2590 | IN RE: Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation | 21 | 21 |
| | James F Holderman, Jr (U.S. District Judge) | MDL -2303 | IN RE: Innovatio IP Ventures, LLC, Patent Litigation | 0 | 24 |
| | James F Holderman, Jr (U.S. District Judge) | MDL -2416 | IN RE: Capital One Telephone Consumer Protection Act (TCPA) Litigation | 30 | 81 |
| | Matthew F Kennelly (U.S. District Judge) | MDL -1997 | IN RE: Text Messaging Antitrust Litigation | 3 | 38 |
| | Matthew F Kennelly (U.S. District Judge) | MDL -2545 | IN RE: Testosterone Replacement Therapy Products Liability Litigation | 1,017 | 1,019 |
| | John Z. Lee (U.S. District Judge) | MDL -2492 | IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 14 | 14 |
| | Joan Humphrey Lefkow (Sr. District Judge) | MDL -2371 | IN RE: Unified Messaging Solutions LLC Patent Litigation | 0 | 72 |
| | Harry D Leinenweber (Sr. District Judge) | MDL -2580 | IN RE: Opana ER Antitrust Litigation | 10 | 10 |
| | Charles R Norgle, Sr (U.S. District Judge) | MDL -1604 | IN RE: Ocwen Federal Bank FSB Mortgage Servicing Litigation | 0 | 93 |
| | Rebecca R Pallmeyer (U.S. District Judge) | MDL -2272 | IN RE: Zimmer NexGen Knee Implant Products Liability Litigation | 1,343 | 1,559 |
| | Milton I Shadur (Sr. District Judge) | MDL -2455 | IN RE: Stericycle, Inc., Steri-Safe Contract Litigation | 10 | 10 |
| | Amy J St. Eve (U.S. District Judge) | MDL -2602 | IN RE: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation | 5 | 5 |
| ILS | David R Herndon (Chief Judge, USDC) | MDL -2100 | IN RE: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation | 3,643 | 11,785 |
| | David R Herndon (Chief Judge, USDC) | MDL -2385 | IN RE: Pradaxa (Dabigatran Etexilate) Products Liability Litigation | 1,848 | 2,592 |
| INN | Robert L Miller, Jr (U.S. District Judge) | MDL -2391 | IN RE: Biomet M2a Magnum Hip Implant Products Liability Litigation | 1,963 | 2,451 |
| INS | Larry J McKinney (Sr. District Judge) | MDL -2181 | IN RE: Method of Processing Ethanol Byproducts and Related Subsystems ('858) Patent Litigation | 22 | 22 |
| | Richard L Young (Chief Judge, USDC) | MDL -2570 | IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation | 59 | 59 |
| KS | John W Lungstrum (Sr. District Judge) | MDL -1616 | IN RE: Urethane Antitrust Litigation | 0 | 33 |
| | John W Lungstrum (Sr. District Judge) | MDL -2591 | IN RE: Syngenta AG MIR162 Corn Litigation | 533 | 533 |
| | Kathryn H Vratil (Sr. District Judge) | MDL -1840 | IN RE: Motor Fuel Temperature Sales Practices Litigation | 31 | 54 |
| | Kathryn H Vratil (Sr. District Judge) | MDL -2473 | IN RE: Monsanto Company Genetically-Engineered Wheat Litigation | 8 | 18 |
| KYE | Joseph M Hood (Sr. District Judge) | MDL -1877 | IN RE: ClassicStar Mare Lease Litigation | 11 | 30 |
| | Danny C Reeves (U.S. District Judge) | MDL -2226 | IN RE: Darvocet, Darvon and Propoxyphene Products Liability Litigation | 3 | 253 |
| | Amul R Thapar (U.S. District Judge) | MDL -2515 | IN RE: Pilot Flying J Fuel Rebate Contract Litigation (No. II) | 7 | 8 |
| KYW | John G Heyburn II (Sr. District Judge) | MDL -2504 | IN RE: Amazon.com, Inc., Fulfillment Center Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 12 | 12 |
| | Thomas B Russell (Sr. District Judge) | MDL -2308 | IN RE: Skechers Toning Shoe Products Liability Litigation | 1,016 | 1,089 |
| LAE | Carl J Barbier (U.S. District Judge) | MDL -2179 | IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 2,941 | 3,083 |
| | Kurt D Engelhardt (U.S. District Judge) | MDL -1873 | IN RE: FEMA Trailer Formaldehyde Products Liability Litigation | 0 | 4,828 |
| | Kurt D Engelhardt (U.S. District Judge) | MDL -2454 | IN RE: Franck's Lab, Inc., Products Liability Litigation | 34 | 34 |
| | Eldon E Fallon (U.S. District Judge) | MDL -1657 | IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation | 114 | 10,319 |
| | Eldon E Fallon (U.S. District Judge) | MDL -2047 | IN RE: Chinese-Manufactured Drywall Products Liability Litigation | 293 | 363 |
| | Eldon E Fallon (U.S. District Judge) | MDL -2592 | IN RE: Xarelto (Rivaroxaban) Products Liability Litigation | 220 | 220 |

| State | Judge | MDL No. | Title | | |
|---|---|---|---|---|---|
| | Sarah S Vance (Chief Judge, USDC) | MDL -2295 | IN RE: Pool Products Distribution Market Antitrust Litigation | 32 | 35 |
| LAW | Rebecca F Doherty (U.S. District Judge) | MDL -2299 | IN RE: Actos (Pioglitazone) Products Liability Litigation | 4,033 | 4,186 |
| MA | Denise J. Casper (U.S. District Judge) | MDL -2503 | IN RE: Solodyn (Minocycline Hydrochloride) Antitrust Litigation | 15 | 15 |
| | Nathaniel M Gorton (U.S. District Judge) | MDL -2067 | IN RE: Celexa and Lexapro Marketing and Sales Practices Litigation | 7 | 13 |
| | Timothy S Hillman (U.S. District Judge) | MDL -2566 | IN RE: TelexFree Securities Litigation | 9 | 9 |
| | Michael A Ponsor (Sr. District Judge) | MDL -2208 | IN RE: Prudential Insurance Company of America SGLI/VGLI Contract Litigation | 4 | 4 |
| | F. Dennis Saylor (U.S. District Judge) | MDL -2375 | IN RE: Body Science LLC Patent Litigation | 6 | 6 |
| | Richard G Stearns ('360) District Judge) | MDL -2432 | IN RE: Neurografix ('360) Patent Litigation | 10 | 10 |
| | Richard G Stearns (U.S. District Judge) | MDL -2513 | IN RE: Collecto, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 3 | 3 |
| | Douglas P Woodlock (U.S. District Judge) | MDL -2428 | IN RE: Fresenius GranuFlo/NaturaLyte Dialysate Products Liability Litigation | 2,686 | 2,687 |
| | William G Young (U.S. District Judge) | MDL -2409 | IN RE: Nexium (Esomeprazole) Antitrust Litigation | 20 | 20 |
| | Rya W Zobel (U.S. District Judge) | MDL -2193 | IN RE: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | 31 | 32 |
| | Rya W Zobel (U.S. District Judge) | MDL -2242 | IN RE: Prograf Antitrust Litigation | 8 | 8 |
| | Rya W Zobel (U.S. District Judge) | MDL -2419 | IN RE: New England Compounding Pharmacy, Inc., Products Liability Litigation | 699 | 702 |
| MD | Catherine C Blake (U.S. District Judge) | MDL -2294 | IN RE: Webvention LLC ('294) Patent Litigation | 12 | 22 |
| | Marvin J Garbis (Sr. District Judge) | MDL -1961 | IN RE: Municipal Mortgage & Equity, LLC, Securities and Derivative Litigation | 12 | 14 |
| | Marvin J Garbis (Sr. District Judge) | MDL -2581 | IN RE: CTP Innovations, LLC, Patent Litigation | 9 | 9 |
| | J. Frederick Motz (Sr. District Judge) | MDL -2491 | IN RE: GNC Corp. TriFlex Products Marketing and Sales Practices Litigation (No. II) | 4 | 10 |
| | J. Frederick Motz (Sr. District Judge) | MDL -2498 | IN RE: Nutramax Cosamin Marketing and Sales Practices Litigation | 4 | 5 |
| | J. Frederick Motz (Sr. District Judge) | MDL -2528 | IN RE: Natrol, Inc., Glucosamine/Chondroitin Marketing and Sales Practices Litigation | 4 | 4 |
| | Roger W Titus (Sr. District Judge) | MDL -2083 | IN RE: KBR, Inc., Burn Pit Litigation | 1 | 58 |
| ME | D. Brock Hornby (Sr. District Judge) | MDL -2426 | IN RE: TRS Recovery Services, Inc., and TeleCheck Services, Inc., Fair Debt Collection Practices Act (FDCPA) Litigation | 5 | 5 |
| MIE | Marianne O Battani (Sr. District Judge) | MDL -2311 | IN RE: Automotive Parts Antitrust Litigation | 160 | 180 |
| | Paul D Borman (U.S. District Judge) | MDL -1952 | IN RE: Packaged Ice Antitrust Litigation | 96 | 100 |
| | Sean F Cox (U.S. District Judge) | MDL -2042 | IN RE: Refrigerant Compressors Antitrust Litigation | 38 | 51 |
| MIW | Robert Holmes Bell (U.S. District Judge) | MDL -1846 | IN RE: Trade Partners, Inc., Investors Litigation | 6 | 7 |
| MN | Michael James Davis (Chief Judge, USDC) | MDL -1431 | IN RE: Baycol Products Liability Litigation | 1 | 9,107 |
| | Michael James Davis (Chief Judge, USDC) | MDL -1836 | IN RE: Mirapex Products Liability Litigation | 3 | 440 |
| | Michael James Davis (Chief Judge, USDC) | MDL -2359 | IN RE: HardiePlank Fiber Cement Siding Litigation | 13 | 13 |
| | Joan N Ericksen (U.S. District Judge) | MDL -2564 | IN RE: Life Time Fitness, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 4 | 4 |
| | Donovan W Frank (U.S. District Judge) | MDL -2441 | IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 2,297 | 2,352 |
| | Paul A Magnuson (Sr. District Judge) | MDL -2522 | IN RE: Target Corporation Customer Data Security Breach Litigation | 109 | 112 |
| | Ann D Montgomery (U.S. District Judge) | MDL -2090 | IN RE: Wholesale Grocery Products Antitrust Litigation | 0 | 4 |
| | Ann D Montgomery (U.S. District Judge) | MDL -2586 | IN RE: Supervalu, Inc., Customer Data Security Breach Litigation | 4 | 4 |
| | Susan Richard Nelson (U.S. District Judge) | MDL -2551 | IN RE: National Hockey League Players' Concussion Injury Litigation | 9 | 9 |
| | John R Tunheim (U.S. District Judge) | MDL -1943 | IN RE: Levaquin Products Liability Litigation | 178 | 2,048 |
| MOE | Henry Edward Autrey (U.S. District Judge) | MDL -1672 | IN RE: Express Scripts, Inc., Pharmacy Benefits Management Litigation | 1 | 22 |
| | Henry Edward Autrey (U.S. District Judge) | MDL -2382 | IN RE: Emerson Electric Co. Wet/Dry Vac Marketing and Sales Practices Litigation | 8 | 8 |
| | Catherine D Perry (Chief Judge, USDC) | MDL -1811 | IN RE: Genetically Modified Rice Litigation | 9 | 412 |
| | John A. Ross (U.S. District Judge) | MDL -2470 | IN RE: Schnuck Markets, Inc., Customer Data Security Breach Litigation | 5 | 5 |
| | Rodney W Sippel (U.S. District Judge) | MDL -1964 | IN RE: NuvaRing Products Liability Litigation | 1,762 | 1,862 |
| | Rodney W Sippel (U.S. District Judge) | MDL -2562 | IN RE: Blue Buffalo Company, Ltd., Marketing and Sales Practices Litigation | 10 | 10 |
| MOW | Gary A Fenner (U.S. District Judge) | MDL -2567 | IN RE: Pre-Filled Propane Tank Antitrust Litigation | 37 | 37 |
| | Fernando J Gaitan, Jr (Sr. District Judge) | MDL -2361 | IN RE: Simply Orange Orange Juice Marketing and Sales Practices Litigation | 12 | 15 |
| | Fernando J Gaitan, Jr (Sr. District Judge) | MDL -2474 | IN RE: H&R Block IRS Form 8863 Litigation | 14 | 14 |
| NCW | Graham C Mullen (Sr. District Judge) | MDL -1932 | IN RE: Family Dollar Stores, Inc., Wage and Hour Employment Practices Litigation | 2 | 29 |
| | Graham C Mullen (Sr. District Judge) | MDL -2384 | IN RE: Swisher Hygiene, Inc., Securities and Derivative Litigation | 9 | 9 |
| NH | Paul J Barbadoro (U.S. District Judge) | MDL -2320 | IN RE: Colgate-Palmolive Softsoap Antibacterial Hand Soap Marketing and Sales Practices Litigation | 5 | 10 |
| | Steven J McAuliffe (Sr. District Judge) | MDL -2263 | IN RE: Dial Complete Marketing and Sales Practices Litigation | 11 | 17 |
| NJ | Madeline C. Arleo (U.S. District Judge) | MDL -2506 | IN RE: AZEK Building Products, Inc., Marketing and Sales Practices Litigation | 3 | 4 |
| | Claire C. Cecchi (U.S. District Judge) | MDL -1663 | IN RE: Insurance Brokerage Antitrust Litigation | 13 | 51 |
| | Stanley R Chesler (U.S. District Judge) | MDL -1419 | IN RE: K-Dur Antitrust Litigation | 4 | 45 |
| | Stanley R Chesler (U.S. District Judge) | MDL -1658 | IN RE: Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation | 5 | 47 |
| | Katharine S Hayden (Sr. District Judge) | MDL -2020 | IN RE: Aetna, Inc., Out-of-Network "UCR" Rates Litigation | 8 | 13 |
| | Jose L Linares (U.S. District Judge) | MDL -2577 | IN RE: GAF Elk Cross Timbers Decking Marketing, Sales Practices and Products Liability Litigation | 12 | 12 |
| | William J Martini (U.S. District Judge) | MDL -2280 | IN RE: Morgan Stanley Smith Barney LLC Wage and Hour Employment Practices Litigation | 6 | 6 |
| | William J Martini (U.S. District Judge) | MDL -2353 | IN RE: Tropicana Orange Juice Marketing and Sales Practices Litigation | 13 | 15 |
| | William J Martini (U.S. District Judge) | MDL -2415 | IN RE: L'Oreal Wrinkle Cream Marketing and Sales Practices Litigation | 9 | 9 |
| | Joel A Pisano (U.S. District Judge) | MDL -2243 | IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 516 | 1,177 |
| | Esther Salas (U.S. District Judge) | MDL -2471 | IN RE: Vehicle Carrier Services Antitrust Litigation | 29 | 29 |
| | Peter G Sheridan (U.S. District Judge) | MDL -2332 | IN RE: Lipitor Antitrust Litigation | 30 | 31 |

| | Judge | MDL | Title | | |
|---|---|---|---|---|---|
| | Peter G Sheridan (U.S. District Judge) | MDL -2581 | IN RE: TriCor Patent Litigation | 6 | 9 |
| | Jerome B Simandle (Chief Judge, USDC) | MDL -2540 | IN RE: Caterpillar, Inc., C13 and C15 Engine Products Liability Litigation | 16 | 16 |
| | Susan D Wigenton (U.S. District Judge) | MDL -2158 | IN RE: Zimmer Durom Hip Cup Products Liability Litigation | 392 | 544 |
| | Freda L Wolfson (U.S. District Judge) | MDL -2418 | IN RE: Plavix Marketing, Sales Practices and Products Liability Litigation (No. II) | 33 | 93 |
| NV | Kent J Dawson (Sr. District Judge) | MDL -2527 | IN RE: First National Collection Bureau, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 4 | 4 |
| | Robert Clive Jones (U.S. District Judge) | MDL -2357 | IN RE: Zappos.com, Inc., Customer Data Security Breach Litigation | 11 | 11 |
| NYE | Margo K. Brodie (U.S. District Judge) | MDL -1720 | IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 92 | 94 |
| | Brian M Cogan (U.S. District Judge) | MDL -1738 | IN RE: Vitamin C Antitrust Litigation | 4 | 10 |
| | Nicholas G Garaufis (Sr. District Judge) | MDL -2221 | IN RE: American Express Anti-Steering Rules Antitrust Litigation (No. II) | 13 | 13 |
| | John Gleeson (U.S. District Judge) | MDL -1775 | IN RE: Air Cargo Shipping Services Antitrust Litigation | 102 | 110 |
| | John Gleeson (U.S. District Judge) | MDL -2331 | IN RE: Propecia (Finasteride) Products Liability Litigation | 743 | 746 |
| | Dora Lizette Irizarry (U.S. District Judge) | MDL -2215 | IN RE: Glaceau Vitaminwater Marketing and Sales Practice Litigation (No. II) | 2 | 6 |
| | Roslynn R. Mauskopf (U.S. District Judge) | MDL -2413 | IN RE: Frito-Lay North America, Inc., "All Natural" Litigation | 13 | 13 |
| | Allyne R Ross (U.S. District Judge) | MDL -2395 | IN RE: Air Crash at Georgetown, Guyana, on July 30, 2011 | 15 | 22 |
| | Arthur D Spatt (Sr. District Judge) | MDL -2451 | IN RE: HSBC Bank USA, N.A., Debit Card Overdraft Fee Litigation | 3 | 3 |
| NYS | Vernon S. Broderick (U.S. District Judge) | MDL -2542 | IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 26 | 26 |
| | Naomi Reice Buchwald (Sr. District Judge) | MDL -2262 | IN RE: Libor-Based Financial Instruments Antitrust Litigation | 51 | 72 |
| | Valerie E. Caproni (U.S. District Judge) | MDL -2548 | IN RE: Commodity Exchange, Inc., Gold Futures and Options Trading Litigation | 27 | 27 |
| | Valerie E. Caproni (U.S. District Judge) | MDL -2573 | IN RE: London Silver Fixing, Ltd., Antitrust Litigation | 8 | 8 |
| | Andrew L. Carter, Jr (U.S. District Judge) | MDL -2475 | IN RE: North Sea Brent Crude Oil Futures Litigation | 10 | 11 |
| | P. Kevin Castel (U.S. District Judge) | MDL -1995 | IN RE: Time Warner Inc. Set-Top Cable Television Box Antitrust Litigation | 0 | 7 |
| | P. Kevin Castel (U.S. District Judge) | MDL -2058 | IN RE: Bank of America Corp. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 16 | 52 |
| | Miriam Goldman Cedarbaum (Sr. District Judge) | MDL -2072 | IN RE: Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation | 1 | 5 |
| | Denise L Cote (U.S. District Judge) | MDL -2293 | IN RE: Electronic Books Antitrust Litigation | 30 | 32 |
| | Denise L Cote (Sr. District Judge) | MDL -2476 | IN RE: Credit Default Swaps Antitrust Litigation | 7 | 9 |
| | Paul A Crotty (U.S. District Judge) | MDL -2013 | IN RE: Fannie Mae Securities and Employee Retirement Income Security Act (ERISA) Litigation | 2 | 24 |
| | George B Daniels (U.S. District Judge) | MDL -1570 | IN RE: Terrorist Attacks on September 11, 2001 | 23 | 28 |
| | Katherine B. Forrest (U.S. District Judge) | MDL -2481 | IN RE: Aluminum Warehousing Antitrust Litigation | 6 | 33 |
| | Jesse M Furman (U.S. District Judge) | MDL -1529 | IN RE: Adelphia Communications Corp. Securities & Derivative Litigation (No. II) | 1 | 75 |
| | Jesse M Furman (U.S. District Judge) | MDL -2543 | IN RE: General Motors LLC Ignition Switch Litigation | 167 | 168 |
| | Jesse M Furman (U.S. District Judge) | MDL -2589 | IN RE: Barclays Liquidity Cross and High Frequency Trading Litigation | 5 | 5 |
| | Paul G Gardephe (U.S. District Judge) | MDL -2011 | IN RE: The Reserve Fund Securities and Derivative Litigation | 1 | 40 |
| | Paul G Gardephe (U.S. District Judge) | MDL -2157 | IN RE: JPMorgan Auction Rate Securities (ARS) Marketing Litigation | 1 | 5 |
| | Thomas P Griesa (Sr. District Judge) | MDL -2052 | IN RE: Tremont Group Holdings, Inc., Securities Litigation | 9 | 31 |
| | Thomas P Griesa (Sr. District Judge) | MDL -2075 | IN RE: Austin Capital Management, Ltd., Securities and Employee Retirement Income Security Act (ERISA) Litigation | 2 | 6 |
| | Thomas P Griesa (Sr. District Judge) | MDL -2082 | IN RE: Meridian Funds Group Securities & Employee Retirement Income Security Act (ERISA) Litigation | 5 | 5 |
| | Lewis A Kaplan (Sr. District Judge) | MDL -2017 | IN RE: Lehman Brothers Holdings, Inc., Securities & Employee Retirement Income Security Act (ERISA) Litigation | 29 | 55 |
| | Lewis A Kaplan (Sr. District Judge) | MDL -2335 | IN RE: Bank of New York Mellon Corp. Foreign Exchange Transactions Litigation | 8 | 12 |
| | Kenneth M Karas (U.S. District Judge) | MDL -2450 | IN RE: Ford Fusion and C-Max Fuel Economy Litigation | 17 | 17 |
| | John F Keenan (Sr. District Judge) | MDL -1789 | IN RE: Fosamax Products Liability Litigation | 902 | 1,138 |
| | Victor Marrero (Sr. District Judge) | MDL -1950 | IN RE: Municipal Derivatives Antitrust Litigation | 1 | 36 |
| | Victor Marrero (Sr. District Judge) | MDL -2088 | IN RE: Fairfield Greenwich Group Securities Litigation | 1 | 63 |
| | Victor Marrero (Sr. District Judge) | MDL -2338 | IN RE: MF Global Holdings Ltd. Investment Litigation | 1 | 25 |
| | Robert P Patterson, Jr (Sr. District Judge) | MDL -2213 | IN RE: Commodity Exchange, Inc., Silver Futures and Options Trading Litigation | 0 | 43 |
| | William H Pauley, III (U.S. District Judge) | MDL -1409 | IN RE: Currency Conversion Fee Antitrust Litigation | 0 | 35 |
| | Shira Ann Scheindlin (Sr. District Judge) | MDL -1358 | IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 20 | 189 |
| | Shira Ann Scheindlin (Sr. District Judge) | MDL -1499 | IN RE: South African Apartheid Litigation | 1 | 14 |
| | Cathy Seibel (U.S. District Judge) | MDL -2434 | IN RE: Mirena IUD Products Liability Litigation | 1,178 | 1,209 |
| | Sidney H Stein (U.S. District Judge) | MDL -1603 | IN RE: OxyContin Antitrust Litigation | 3 | 103 |
| | Sidney H Stein (U.S. District Judge) | MDL -2070 | IN RE: Citigroup Inc. Securities Litigation | 0 | 24 |
| | Richard J Sullivan (U.S. District Judge) | MDL -2296 | IN RE: Tribune Company Fraudulent Conveyance Litigation | 72 | 73 |
| | Robert W Sweet (Sr. District Judge) | MDL -1963 | IN RE: The Bear Stearns Companies Inc. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 4 | 30 |
| | Robert W Sweet (Sr. District Judge) | MDL -2352 | IN RE: Century 21 Department Stores, LLC, Fair and Accurate Credit Transactions Act (FACTA) Litigation | 5 | 5 |
| | Robert W Sweet (Sr. District Judge) | MDL -2389 | IN RE: Facebook, Inc., IPO Securities and Derivative Litigation | 43 | 57 |
| OHN | Christopher A Boyko (U.S. District Judge) | MDL -2001 | IN RE: Whirlpool Corp. Front-Loading Washer Products Liability Litigation | 10 | 11 |
| | James G Carr (Sr. District Judge) | MDL -1953 | IN RE: Heparin Products Liability Litigation | 8 | 574 |
| | Patricia A Gaughan (U.S. District Judge) | MDL -2044 | IN RE: Vertrue Inc. Marketing and Sales Practices Litigation | 13 | 13 |
| | David A Katz (Sr. District Judge) | MDL -2197 | IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 7,116 | 9,362 |
| | Donald C Nugent (U.S. District Judge) | MDL -2220 | IN RE: KABA Simplex Locks Marketing and Sales Practices Litigation | 19 | 20 |
| | Benita Y. Pearson (U.S. District Judge) | MDL -2316 | IN RE: Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation | 5 | 5 |
| | Dan A Polster (U.S. District Judge) | MDL -1909 | IN RE: Gadolinium Contrast Dyes Products Liability Litigation | 2 | 729 |

| | | | | | |
|---|---|---|---|---|---|
| | Jack Zouhary (U.S. District Judge) | MDL -2391 | IN RE: Polyurethane Foam Antitrust Litigation | 62 | 98 |
| OHS | Sandra S Beckwith (Sr. District Judge) | MDL -2050 | IN RE: Bill of Lading Transmission and Processing System Patent Litigation | 0 | 14 |
| | Edmund A Sargus, Jr (U.S. District Judge) | MDL -2433 | IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation | 1,954 | 1,960 |
| OKW | Robin J Cauthron (U.S. District Judge) | MDL -2048 | IN RE: Cox Enterprises, Inc., Set-Top Cable Television Box Antitrust Litigation | 1 | 27 |
| | Robin J Cauthron (U.S. District Judge) | MDL -2309 | IN RE: Transdata, Inc., Smart Meters Patent Litigation | 9 | 9 |
| PAE | Harvey Bartle, III (U.S. District Judge) | MDL -1203 | IN RE: Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation | 15 | 20,206 |
| | Michael M Baylson (Sr. District Judge) | MDL -2437 | IN RE: Domestic Drywall Antitrust Litigation | 7 | 27 |
| | Anita B Brody (Sr. District Judge) | MDL -2034 | IN RE: Comcast Corp. Set-Top Cable Television Box Antitrust Litigation | 5 | 24 |
| | Anita B Brody (Sr. District Judge) | MDL -2323 | IN RE: National Football League Players' Concussion Injury Litigation | 329 | 333 |
| | Jan E DuBois (Sr. District Judge) | MDL -2081 | IN RE: Blood Reagents Antitrust Litigation | 32 | 34 |
| | Jan E DuBois (Sr. District Judge) | MDL -2460 | IN RE: Niaspan Antitrust Litigation | 17 | 17 |
| | Mitchell S Goldberg (U.S. District Judge) | MDL -2445 | IN RE: Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation | 12 | 12 |
| | C. Darnell Jones, II (U.S. District Judge) | MDL -1782 | IN RE: Pharmacy Benefit Managers Antitrust Litigation | 6 | 6 |
| | J. Curtis Joyner (Sr. District Judge) | MDL -2235 | IN RE: Foot Locker, Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 5 | 5 |
| | Gene E.K. Pratter (U.S. District Judge) | MDL -2002 | IN RE: Processed Egg Products Antitrust Litigation | 22 | 32 |
| | Gene E.K. Pratter (U.S. District Judge) | MDL -2284 | IN RE: Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation | 15 | 157 |
| | Eduardo C Robreno (Sr. District Judge) | MDL -875 | IN RE: Asbestos Products Liability Litigation (No. VI) | 1,662 | 192,049 |
| | Cynthia M Rufe (U.S. District Judge) | MDL -1871 | IN RE: Avandia, Sales Practices and Products Liability Litigation | 1,422 | 5,239 |
| | Cynthia M Rufe (U.S. District Judge) | MDL -2342 | IN RE: Zoloft (Sertraline Hydrochloride) Products Liability Litigation | 539 | 660 |
| | Cynthia M Rufe (U.S. District Judge) | MDL -2458 | IN RE: Effexor (Venlafaxine Hydrochloride) Products Liability Litigation | 49 | 74 |
| | Edward G. Smith (U.S. District Judge) | MDL -2571 | IN RE: Impulse Monitoring, Inc., Aetna Intraoperative Monitoring Services Claims and Employee Retirement Income Security Act (ERISA) Litigation | 27 | 33 |
| | Lawrence F Stengel (U.S. District Judge) | MDL -2436 | IN RE: Tylenol (Acetaminophen) Marketing, Sales Practices and Products Liability Litigation | 186 | 197 |
| PAM | Yvette Kane (U.S. District Judge) | MDL -2380 | IN RE: Shop-Vac Marketing and Sales Practices Litigation | 9 | 10 |
| PAW | Donetta W Ambrose (Sr. District Judge) | MDL -1942 | IN RE: Flat Glass Antitrust Litigation (No. II) | 1 | 27 |
| | Joy Flowers Conti (Chief Judge, USDC) | MDL -2354 | IN RE: Maxim Integrated Products, Inc., Patent Litigation | 5 | 27 |
| | Arthur J Schwab (U.S. District Judge) | MDL -1674 | IN RE: Community Bank of Northern Virginia Mortgage Lending Practices Litigation | 4 | 8 |
| RI | Mary M Lisi (U.S. District Judge) | MDL -1842 | IN RE: Kugel Mesh Hernia Patch Products Liability Litigation | 273 | 2,232 |
| | William E Smith (Chief Judge, USDC) | MDL -2472 | IN RE: Loestrin 24 Fe Antitrust Litigation | 13 | 13 |
| SC | Richard M Gergel (U.S. District Judge) | MDL -2502 | IN RE: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation (No. II) | 1,814 | 1,817 |
| | David C Norton (U.S. District Judge) | MDL -2333 | IN RE: MI Windows and Doors, Inc., Products Liability Litigation | 17 | 18 |
| | David C Norton (U.S. District Judge) | MDL -2514 | IN RE: Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability Litigation | 17 | 20 |
| TNE | Curtis Lynn Collier (U.S. District Judge) | MDL -2343 | IN RE: Skelaxin (Metaxalone) Antitrust Litigation | 14 | 17 |
| | Harry S Mattice, Jr (U.S. District Judge) | MDL -2508 | IN RE: Cast Iron Soil Pipe and Fittings Antitrust Litigation | 16 | 18 |
| TNW | J. Daniel Breen (Chief Judge, USDC) | MDL -1551 | IN RE: Reciprocal of America (ROA) Sales Practices Litigation | 12 | 19 |
| | Samuel H Mays, Jr (U.S. District Judge) | MDL -2009 | IN RE: Regions Morgan Keegan Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 22 | 66 |
| TXE | Leonard E Davis (Chief Judge, USDC) | MDL -2355 | IN RE: Parallel Networks, LLC, ('111) Patent Litigation | 7 | 9 |
| TXN | Jane J Boyle (U.S. District Judge) | MDL -2405 | IN RE: On-Line Travel Company (OTC)/Hotel Booking Antitrust Litigation | 29 | 33 |
| | Sidney A. Fitzwater (U.S. District Judge) | MDL -2587 | IN RE: IntraMTA Switched Access Charges Litigation | 65 | 65 |
| | David C Godbey (U.S. District Judge) | MDL -2099 | IN RE: Stanford Entities Securities Litigation | 88 | 134 |
| | James Edgar Kinkeade (U.S. District Judge) | MDL -2244 | IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation | 7,045 | 7,133 |
| TXS | Keith P Ellison (U.S. District Judge) | MDL -2185 | IN RE: BP p.l.c. Securities Litigation | 32 | 50 |
| | Melinda Harmon (U.S. District Judge) | MDL -1446 | IN RE: Enron Corp. Securities, Derivative & "ERISA" Litigation | 5 | 199 |
| | Gray H. Miller (U.S. District Judge) | MDL -2266 | IN RE: Wells Fargo Wage and Hour Employment Practices Litigation (No. III) | 0 | 6 |
| | Lee H Rosenthal (U.S. District Judge) | MDL -2046 | IN RE: Heartland Payment Systems, Inc., Customer Data Security Breach Litigation | 0 | 35 |
| TXW | Sam Sparks (U.S. District Judge) | MDL -2588 | IN RE: Whole Foods Market, Inc., Greek Yogurt Marketing and Sales Practices Litigation | 10 | 10 |
| UT | Robert J. Shelby (U.S. District Judge) | MDL -2510 | IN RE: BRCA1- and BRCA2-based Hereditary Cancer Test Patent Litigation | 1 | 10 |
| WAE | Lonny R Suko (Sr. District Judge) | MDL -2494 | IN RE: Columbia and Snake River Dams Clean Water Act Litigation | 0 | 3 |
| WAW | John C Coughenour (Sr. District Judge) | MDL -2485 | IN RE: New Cingular Wireless PCS, LLC, Data Services Sales Tax Refund Litigation | 17 | 17 |
| WIE | Lynn S Adelman (U.S. District Judge) | MDL -2439 | IN RE: Subway Footlong Sandwich Marketing and Sales Practices Litigation | 9 | 9 |
| WVN | Irene M Keeley (U.S. District Judge) | MDL -2493 | IN RE: Monitronics International, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 18 | 20 |
| WVS | Joseph R Goodwin (U.S. District Judge) | MDL -2187 | IN RE: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation | 10,348 | 10,642 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2325 | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation | 19,159 | 19,512 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2326 | IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | 15,278 | 15,541 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2327 | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | 23,523 | 24,156 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2387 | IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation | 1,830 | 1,969 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2440 | IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation | 289 | 328 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2511 | IN RE: Neomedic Pelvic Repair System Products Liability Litigation | 83 | 101 |
| **Report Totals:** | | **290** | | **129,026** | **405,823** |

    Total Number of MDL Dockets: **290**

Total Number of Transferee Districts:  **59**

Total Number of Transferee Judges: **219**
    17  Chief Judge, USDC
    60  Sr. District Judge
   142  U.S. District Judge