**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: Lenovo Adware Litigation          MDL Docket No. 2624

**SCHEDULE OF RELATED ACTION**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):**<br>Rhonda Estrella<br>Sonia Ferezan<br>John Whittle<br>Alan Woyt<br><br>**Defendants:**<br>Lenovo (United States) Inc.<br>Superfish, Inc. | Northern District of California | 5:15-cv-01044 | Magistrate Judge Howard R. Lloyd |