**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE:  LENOVO ADWARE LITIGATION | MDL NO. 2624 |
|---|---|

MDL No. 2624 *In re: Lenovo Adware Litigation*

**CERTIFICATE OF SERVICE**

Superfish, Inc.


**FENWICK & WEST LLP**
Rodger R. Cole (CSB NO. 178865)
rcole@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:(650) 988-8500
Facsimile: (650) 938-5200

*Counsel for Defendant Superfish, Inc.*

I, Rodger R. Cole, hereby certify that on March 11, 2015, I caused a copy of the following documents to be electronically filed with the Clerk of the Panel using the ECF system: (1) Superfish, Inc.'s Notice of Appearance; and (2) Superfish, Inc.'s Corporate Disclosure Statement.  The electronic filing of these documents sent notification of such filing to all counsel of record.  I further certify that on March 11, 2015, I caused a copy of such documents to be served by U.S. Mail to the following:

| Lenovo (United States) Inc.<br>c/o CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | **Defendant Lenovo (United States) Inc.**<br><br>*Bennett v. Lenovo (United States) Inc., et al.*<br>USDC - Southern District of California<br>Case No. 3:15-cv-00368-CAB-RBB<br><br>*Sterling International Consulting Group v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-00807-RMW<br><br>*Hunter v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-00819-NC<br><br>*Pick v. Lenovo (United States) Inc., et al.*<br>USDC - Eastern District of North Carolina<br>Case No. 5:15-cv-00068-D<br><br>*Estrella, et al. v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-01044-LHK<br><br>*Hall, et al. v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-00964-NC<br><br>*Phillips, et al. v. Lenovo (United States) Inc., et al.*<br>USDC - Eastern District of New York<br>Case No. 1:15-cv-01103-JBW-CLP<br><br>*Martini v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 4:15-cv-01069-DMR |

| | |
|---|---|
| | *JGX, Inc. d/b/a Lefty O'Doul's v. Lenovo Group Limited, et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-01113-NC<br><br>*Johnson v. Lenovo (United States), Inc., et al.*<br>USDC – Northern District of California<br>Case No. 5:15-cv-01122<br><br>*Simonoff v. Lenovo United States Inc., et al.*<br>USDC – Northern District of California<br>Case No. 5:15-cv-01125<br><br>*Levenhagen v. Lenovo (United States), Inc., et al.*<br>USDC – District of Oregon<br>Case No. 3:15-cv-00401-AC<br><br>*Hayden v. Lenovo (United States), Inc., et al.*<br>USDC – Northern District of Illinois<br>Case No. 1:15-cv-02132 |
| Stephen McDaniel Russell, Jr.<br>Alan W. Duncan<br>Van Laningham Duncan PLLC<br>300 N. Greene Street, Suite 850<br>Greensboro, NC 27401<br>srussell@vldlitigation.com<br>aduncan@vldlitigation.com | **Defendant Lenovo (United States) Inc.**<br>*Wood v. Lenovo (United States) Inc., et al.*<br>USDC - Eastern District of North Carolina<br>Case No. 5:15-cv-00077-F |
| Natasha A Naraghi<br>Law Offices of Alexander M. Schack<br>16870 West Bernardo Drive<br>Suite 400<br>San Diego, CA 92127<br>(858) 485-6535<br>Fax: (858) 485-0608<br>Email: natashanaraghi@amslawoffice.com | **Counsel for Plaintiff Jessica N. Bennett**<br>*Bennett v. Lenovo (United States) Inc., et al.*<br>USDC - Southern District of California<br>Case No. 3:15-cv-00368-CAB-RBB |
| Jonathan Krasne Levine<br>Elizabeth Cheryl Pritzker<br>PRITZKER LEVINE LLP<br>180 Grand Avenue<br>Suite 1390<br>Oakland, CA 94612<br>415-692-0772<br>Fax: 415-366-6110<br>Email: jkl@pritzkerlevine.com | **Counsel for Plaintiff Sterling International Consulting Group**<br>*Sterling International Consulting Group v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-00807-RMW |

| | |
|---|---|
| Email: ecp@pritzkerlevine.com | |
| Benjamin Harris Richman<br>J. Dominick Larry<br>Rafey S. Balabanian<br>Edelson PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>(312) 589-6370<br>Fax: (312) 589-6378<br>Email: brichman@edelson.com<br>Email: nlarry@edelson.com<br>Email: rbalabanian@edelson.com<br><br>Samuel Lasser<br>Law Office of Samuel Lasser<br>1934 Divisadero Street<br>San Francisco, CA 94115<br>415-994-9930<br>Fax: 415-776-8047<br>Email: samlasser@hotmail.com | **Counsel for Plaintiff David Hunter**<br>*Hunter v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-00819-NC |
| Dhamian A. Blue<br>Blue Stephens & Fellers LLP<br>205 Fayetteville St., Suite 300<br>Raleigh, NC 27601<br>919-833-1931<br>Fax: 919-833-8009<br>Email: dab@bluestephens.com | **Counsel for Plaintiff Lukas Pick**<br>*Pick v. Lenovo (United States) Inc., et al.*<br>USDC - Eastern District of North Carolina<br>Case No. 5:15-cv-00068-D |
| Daniel C. Girard<br>Adam E. Polk<br>Girard Gibbs LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94104<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dcg@girardgibbs.com<br>Email: aep@girardgibbs.com<br><br>E. Michelle Drake<br>Megan D Yelle<br>Nichols Kaster PLLP<br>80 South 8th Street<br>Suite 4600<br>Minneapolis, MN 55402 | **Counsel for Plaintiffs Rhonda Estrella;**<br>**Sonia Ferezan; John Whittle; Alan Woyt**<br>*Estrella, et al. v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-01044-LHK |

| | |
|---|---|
| 612-256-3200<br>Fax: 612-338-4878<br>Email: drake@nka.com<br>Email: myelle@nka.com | |
| David A. Straite<br>Frederic S. Fox<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022<br>212-687-1980<br>Fax: 212-687-7714<br>Email: dstraite@kaplanfox.com<br>Email: ffox@kaplanfox.com<br><br>Linda M. Fong<br>Mario Man-Lung Choi<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street<br>Suite 400<br>San Francisco, CA 94104<br>415-772-4700<br>Fax: 415-772-4707<br>Email: lfong@kaplanfox.com<br>Email: mchoi@kaplanfox.com<br>Email: lking@kaplanfox.com<br><br>Marc A. Wites<br>Wites & Kapetan, P.A.<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064<br>954-570-8989<br>Fax: 954-354-0205<br>Email: mwites@wklawyers.com | **Counsel for Plaintiffs Christopher Hall; Matthew Kelso; Michael Morici; Jayne Costanzo; Ryan Baumgartner; Laura Burns; Thomas Carney; Beatriz Davis; Dennis Hasty; Wendy Duran; Gabe Duran**<br>*Hall, et al. v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-00964-NC |
| Robin L. Greenwald<br>James Jackson Bilsborrow<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>212-558-5802<br>Fax: 646-293-4921<br>Email: rgreenwald@weitzlux.com<br>Email: jbilsborrow@weitzlux.com | **Counsel for Plaintiffs Herbert Phillips; Susan Tam**<br>*Phillips, et al. v. Lenovo (United States) Inc., et al.*<br>USDC - Eastern District of New York<br>Case No. 1:15-cv-01103-JBW-CLP |

4

| | |
|---|---|
| Stephen McDaniel Russell , Jr.<br>Alan W. Duncan<br>Van Laningham Duncan PLLC<br>300 N. Greene Street, Suite 850<br>Greensboro, NC 27401<br>336-645-3320<br>Fax: 336-645-3330<br>Email: srussell@vldlitigation.com<br>Email: aduncan@vldlitigation.com | **Counsel for Plaintiffs David Wood;**<br>**Yudhisthir Bissoonnauth; Dan Onken;**<br>**Richard Seedroff; Sandra Allen; Sam Ellis;**<br>**Ryan Tuckerman**<br>*Wood v. Lenovo (United States) Inc., et al.*<br>USDC - Eastern District of North Carolina<br>Case No. 5:15-cv-00077-F |
| Isam Charles Khoury<br>Michael David Singer<br>James Jason Hill<br>Cohelan Khoury & Singer<br>605 C Street, Suite 200<br>San Diego, CA 92101<br>619-595-3001<br>Fax: 619-595-3000<br>Email: ikhoury@ck-lawfirm.com<br>Email: msinger@ckslaw.com<br>Email: jhill@ckslaw.com | **Counsel for Plaintiff Ken Martini**<br>*Martini v. Lenovo (United States) Inc., et al.*<br>USDC - Northern District of California<br>Case No. 4:15-cv-01069-DMR |
| Steven N. Williams<br>Matthew K. Edling<br>Elizabeth Tran<br>COTCHETT, PITRE & McCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>swilliams@cpmlegal.com<br>medling@cpmlegal.com<br>etran@cpmlegal.com | **Counsel for Plaintiff JGX, Inc. d/b/a Lefty O'Doul's**<br>*JGX, Inc. d/b/a Lefty O'Doul's v. Lenovo Group Limited, et al.*<br>USDC - Northern District of California<br>Case No. 5:15-cv-01113-NC |
| Robert S. Green<br>James Robert Noblin<br>GREEN & NOBLIN, P.C.<br>700 Larkspur Landing Circle, Suite 275<br>Larkspur, CA 94939<br>Telephone: (415) 477-6700<br>Facsimile: (415) 477-6710<br>Email: gnecf@classcounsel.com | **Counsel for Plaintiff Stanley D. Johnson**<br>*Johnson v. Lenovo (United States), Inc., et al.*<br>USDC – Northern District of California<br>Case No. 5:15-cv-01122 |
| Mark T. Johnson<br>Schneider Wallace Cottrell Brayton Konecky LLP | **Counsel for Plaintiff Michael Simonoff**<br>*Simonoff v. Lenovo United States Inc., et al.*<br>USDC – Northern District of California |

| | |
|---|---|
| 180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>415-421-7100<br>Fax: 415-421-7105<br>Email: mjohnson@schneiderwallace.com | Case No. 5:15-cv-01125 |
| Steve D. Larson<br>Stoll Stoll Berne Lokting & Shlachter<br>209 SW Oak Street, 5th Floor<br>Portland, OR 97204<br>503-227-1600<br>Fax: 503-227-6840<br>Email: slarson@stollberne.com<br><br>Mark A. Friel<br>Stoll Stoll Berne Lokting & Shlachter, PC<br>209 S.W. Oak Street, Suite 500<br>Portland, OR 97204<br>503-227-1600<br>Fax: 503-227-6840<br>Email: mfriel@stollberne.com | **Counsel for Plaintiff John Levenhagen**<br>*Levenhagen v. Lenovo (United States), Inc., et al.*<br>USDC – District of Oregon<br>Case No. 3:15-cv-00401-AC |
| John P. Orellana<br>Krislov & Associates, Ltd.<br>20 N Wacker Drive, Suite 1350<br>Chicago, IL 60606<br>(732) 770-1177<br>Email: johno@krislovlaw.com | **Counsel for Plaintiff Branden Hayden**<br>*Hayden v. Lenovo (United States), Inc., et al.*<br>USDC – Northern District of Illinois<br>Case No. 1:15-cv-02132 |
| ***Not Served (Foreign Defendants)***<br>*Lenovo Group Limited* | |

                                               */s/ Rodger R. Cole*
                                                     Rodger R. Cole