# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2624 & TITLE - IN RE: Lenovo Adware Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[✓] Support Centralization in E.D. of North Carolina or in the alternative, N.D. CA

[ ] Oppose Centralization

[ ] Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Plaintiff, Lukas Pick

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

In re Lenovo Adware Litigation, Case No. 5:15-cv-00068-D, (E.D.N.C.)

Name and Address of Attorney Designated to Present Oral Argument:

| Mark Dearman | Robbins Geller Rudman & Dowd LLP | Boca Raton | Florida |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 561/750-3000   Email Address: mdearman@rgrdlaw.com

| 04/13/2015 | Mark Dearman | s/ Mark Dearman |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)