# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2624    &  TITLE - IN RE: Lenovo Adware Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[✓] Support Centralization in   Eastern District of North Carolina

[ ] Oppose Centralization

[ ] Other   _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Plaintiffs David Wood, Yudhisthir Bissoonnauth, Dan Onken, Richard Seedroff, Sandra Allen, Sam Ellis, Ryan Tuckerman, Dr. Dien Phan, Gary Sherman, Amanda Williams, and Ricardo Alaniz

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Wood, et al. v. Lenovo (United States) Inc., and Superfish, Inc., Case No. 5:15-CV-77-D (E.D.N.C.)

Name and Address of Attorney Designated to Present Oral Argument:

| Alan W. Duncan | Van Laningham Duncan PLLC | Greensboro | North Carolina |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 336-645-3320     Email Address: aduncan@vldlitigation.com

| 05/07/2015 | Alan W. Duncan | /s/ Alan W. Duncan |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)