# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT**

MDL No. _____ & TITLE - IN RE: _____

_____ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

_____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

_____ Support Centralization in _____

_____ Oppose Centralization

_____ Other _____

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):


SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Name and Address of Attorney Designated to Present Oral Argument:

| Name | Law Firm | City | State |

Telephone No.: _____   Email Address: _____

| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Lenovo Adware Litigation                                MDL No. 2624

**Parties Represented and Short Case Captions**

|    | Party | Plaintiff or Defendant | Short Case Caption | District | Civil Action No. |
|----|-------|------------------------|--------------------|----------|------------------|
| 1. | Herbert Phillips | Plaintiff | Phillips v. Lenovo (United States) Inc. | Eastern District of New York | 1:15-cv-01103-JBW-CLP |
| 2. | Susan Tam | Plaintiff | Phillips v. Lenovo (United States) Inc. | Eastern District of New York | 1:15-cv-01103-JBW-CLP |
| 3. | Russell Wood | Plaintiff | Wood v. Lenovo (United States) Inc. | Northern District of California | 5:15-cv-01166-RMW |
| 4. | Thomas Wilson | Plaintiff | Wood v. Lenovo (United States) Inc. | Northern District of California | 5:15-cv-01166-RMW |

Dated: May 11, 2015                    Respectfully submitted,

/s/ *Robin L. Greenwald*
Robin L. Greenwald
    rgreenwald@weitzlux.com
Christopher B. Dalbey
    cdalbey@weitzlux.com
James J. Bilsborrow
    jbilsborrow@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Tel: (212) 558-5500
Fax: (212) 344-5641

*Counsel for Plaintiffs Herbert Phillips, Susan Tam, Russell Wood, and Thomas Wilson*